# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOSHUA A. STRICKLIN                                                                                          PLAINTIFF

V.                          CASE NO. 4:16-CV-505-BD

LT. HUFFMAN and
MAJOR RANDALL                                                                                            DEFENDANTS

## ORDER

Mr. Stricklin has moved to voluntarily dismiss the claims raised in this lawsuit. (Docket entry #22)  The motion (#22) is GRANTED.  Mr. Stricklin's claims are DISMISSED, without prejudice.  The Clerk is directed to close this case.

IT IS SO ORDERED, this 30th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE